IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL ACTION FILE NO. 1:14-cv-00174-MR-DLH

| | |
|---|---|
| DAVID WEBER,<br>    Plaintiff<br><br>v.<br><br>TOYOTA MOTOR SALES USA, INC.,<br>    Defendant | DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION |

Plaintiff, David Weber, makes the following disclosures:

1. Is party a publicly held corporation or other publicly held entity?

    ( ) Yes      (X) No

2. Does party have any parent corporations?

    ( ) Yes      (X) No

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations: _____.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ( ) Yes      (X) No

    If yes, identify all such owners: _____.

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    ( ) Yes      (X) No

    If yes, identify entity and nature of interest: _____.

5. Is the corporation a trade association?

   ( ) Yes          (X) No

   If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock: _____.

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any

   creditor's committee: _____.

This the 9th day of July, 2014.

*/s/William S. Durr*
William S. Durr
N.C. State Bar I.D. No.: 030087
email: wsd@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Plaintiff

CERTIFICATE OF SERVICE

       I hereby certify that on July 9, 2014, I electronically filed DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Paul Joseph Osowski.

       /s/William S. Durr
William S. Durr
N.C. State Bar I.D. No.: 030087
email: wsd@wardandsmith.com
For the firm of
Ward and Smith, P.A.
Post Office Box 2020
Asheville, NC 28802-2020
Telephone: 828.348.6070
Facsimile: 828.348.6077
Attorneys for Plaintiff

ND: 4824-0965-5068, v. 1