# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:14 CV 174

| | |
|---|---|
| DAVID WEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| TOYOTA MOTOR SALES, U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Paul J. Osowski's Application for Admission to Practice *Pro Hac Vice* of Harlan I. Prater, IV. It appearing that Harlan I. Prater, IV is a member in good standing with the Alabama State Bar and will be appearing with Paul J. Osowski, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Paul J. Osowski's Application for Admission to Practice *Pro Hac Vice* (#10) of Harlan I. Prater, IV is **GRANTED**,

and that Harlan I. Prater, IV is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Paul J. Osowski.

Signed: August 6, 2014

Dennis L. Howell
United States Magistrate Judge