IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 174

| | |
|---|---|
| DAVID WEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| TOYOTA MOTOR SALES, U.S.A., INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Paul J. Osowski's Application for Admission to Practice *Pro Hac Vice* of Marchello D. Gray. It appearing that Marchello D. Gray is a member in good standing with the Alabama State Bar and will be appearing with Paul J. Osowski, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Paul J. Osowski's Application for Admission to Practice *Pro Hac Vice* (#12) of Marchello D. Gray is **GRANTED**,

and that Marchello D. Gray is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Paul J. Osowski.

Signed: August 11, 2014

Dennis L. Howell
United States Magistrate Judge