IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv174

| | |
|---|---|
| DAVID WEBER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| TOYOTA MOTOR SALES USA, INC. ) | |
| and TOYOTO MOTOR ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion to Stay [# 34]. Upon a review of the record, Plaintiff's motion, and the relevant legal authority, the Court **GRANTS** the motion [# 34]. The Court **STAYS** these proceedings for ninety (90) days. Upon the lifting of the stay the Court will address extending the deadlines in this case.

Signed: February 27, 2015

_____

Dennis L. Howell
United States Magistrate Judge