IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CASE NO. 1:14-cv-00174

DAVID WEBER,                )
                            )
        Plaintiff,           )
                            )
    v.                      )
                            )
TOYOTA MOTOR SALES, U.S.A., )
INC. and TOYOTA MOTOR       )
CORPORATION                 )
                            )
        Defendants.

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 83.1(F), Marchello D. Gray of the law firm Lightfoot Franklin & White, LLC hereby respectfully seeks leave to withdraw as counsel for Defendants Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation (the "Toyota Defendants"). In support of this Motion, the movant states as follows:

1. On August 8, 2014, Marchello D. Gray moved the Court for admission *pro hac vice* in this action (Document No. 12). The Court granted his motion on August 11, 2014 (Document No. 13).

2. Mr. Gray will leave the firm of Lightfoot Franklin & White LLC effective March 27, 2015, and any representation of the Toyota Defendants' interests in the above-captioned case will remain managed by the law firms

Lightfoot Franklin & White LLC and Nelson Mullins Riley & Scarborough, LLP.

3. Harlan I. Prater, IV of Lightfoot Franklin & White LLC, has already entered an appearance on behalf of the Toyota Defendants such that there will be no gap in the representation thereof by Lightfoot Franklin & White LLC.

4. Likewise, Paul J. Osowski of Nelson Mullins Riley & Scarborough, LLP is local counsel of record for the Toyota Defendants.

WHEREFORE, Marchello D. Gray respectfully requests that this Court issue an Order allowing him to withdraw from this matter.

Respectfully submitted this 26th day of March, 2015.

    s/Paul J. Osowski
Paul J. Osowski
N.C. State Bar No. 23423
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
Bank of America Corporate Center
100 North Tryon Street, Suite 4200
Charlotte, North Carolina 28202-4021
704.417.3000 (telephone)
704.417.3212 (facsimile)
E-Mail: paul.osowski@nelsonmullins.com

Harlan I. Prater, IV *Pro Hac Vice*
Marchello D. Gray *Pro Hac Vice*
LIGHTFOOT, FRANKLIN & WHITE, L.L.C.
The Clark Building
400 North 20th Street
Birmingham, Alabama 35203-3200
205.581.0700 (telephone)

2

205.581.0799 (facsimile)
E-Mail: hprater@lightfootlaw.com
E-Mail: mgray@lightfootlaw.com
*Attorneys for Defendants Toyota Motor Sales,U.S.A., Inc. and Toyota Motor Corporation*

3

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has served a copy of the foregoing document upon counsel of record via Court's CM/ECF e-mail Service, on this the 26th day of March, 2014, upon the below named persons:

Tom Babel
tsb@wardandsmith.com

Jeremy M. Wilson
jw@wardandsmith.com

*Attorneys for Plaintiff*

By: s/Paul J. Osowski
Paul J. Osowski
**NELSON MULLINS RILEY & SCARBOROUGH**
*Attorney for Defendant Toyota Motor Sales, U.S.A., Inc. and Toyota Motor Corporation*

4