**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv174**

| | | |
|---|---|---|
| **DAVID WEBER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **TOYOTA MOTOR SALES USA, INC.** | ) | |
| **and TOYOTO MOTOR** | ) | |
| **CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

Pending before the Court is the Second Motion to Stay [# 39]. Upon a review of the record, Plaintiff's motion, and the relevant legal authority, the Court **GRANTS** the motion [# 39]. The Court **STAYS** these proceedings for an additional sixty (60) days from expiration of the prior ninety day stay.

Signed: June 19, 2015

Dennis L. Howell
United States Magistrate Judge