IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14cv174

| | |
|---|---|
| **DAVID WEBER,** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **ORDER** |
| ) | |
| **TOYOTA MOTOR SALES USA, INC.** ) | |
| **and TOYOTO MOTOR** ) | |
| **CORPORATION,** ) | |
| ) | |
|     **Defendants.** ) | |
| _____ ) | |

Pending before the Court is the Third Motion to Stay [# 42]. Upon a review of the record, Plaintiff's motion, and the relevant legal authority, the Court **GRANTS** the motion [# 42]. The Court **STAYS** these proceedings through December 31, 2015.

Signed: July 27, 2015

Dennis L. Howell
United States Magistrate Judge